UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
KAREN McBRIEN,                 )
                               )
          Plaintiff,           )
                               )
     v.                        )     Civil Action No. 09-2432 (RWR)
                               )
UNITED STATES et al.,          )
                               )
          Defendants.          )
_____)
```

## MEMORANDUM OPINION

Plaintiff Karen McBrien, proceeding pro se, has filed a complaint against the United States and numerous other defendants generally based on the same events complained of in McBrien v. FBI et al., Civil Action No. 09-197 (CKK), which was dismissed as frivolous because the events alleged in the complaint constituted "fantastic or delusional scenarios," see id., 2009 WL 260043, at *1 (D.D.C. February 3, 2009), and McBrien v. United States et al., Civil Action No. 09-1527 (RBW), which was dismissed for presenting "fantastic and delusional scenarios of a nationwide conspiracy involving [McBrien's] relatives, former relatives, and numerous state and federal agencies who work in concert to spy on, control, injure, and trick the plaintiff." Id., 2009 WL 2525152, at *1 (D.D.C. August 13, 2009). Because a complaint may be dismissed if it is frivolous or fails to state a claim upon which relief can be granted, see Denton v. Hernandez, 504 U.S. 25, 31-33 (1992); Tooley v. Napolitano, 586 F.3d 1006, 1009 (D.C.

Cir. 2009); 28 U.S.C. § 1915(e)(1)(B), this complaint also warrants dismissal as frivolous.  An appropriate order accompanies this Memorandum Opinion.

SIGNED this 25th day of January, 2010.


                        _____/s/_____
                        RICHARD W. ROBERTS
                        United States District Judge